UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 14-858 PSG (FFM) | Date | June 5, 2014 |
|---|---|---|---|
| Title | JOSE A. DE ANDA v. WARDEN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 1, 2014, the Court issued an Order Requiring Return to Petition for Writ of Habeas Corpus. Pursuant to that order, respondent was required to file a notice of appearance by May 15, 2014. As of today's date, respondent has failed to file a notice of appearance. Respondent is ordered to file a notice of appearance by June 13, 2014 or show cause in writing why sanctions should not be imposed for failure to comply with a Court order.

IT IS SO ORDERED.

:

Initials of Preparer   JM