1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
9
10   JOSE A. DEANDA,                    )   No. EDCV 14-858 PSG (FFM)
                                        )
11                      Petitioner,     )   ORDER ACCEPTING FINDINGS,
                                        )   CONCLUSIONS AND
12        v.                            )   RECOMMENDATIONS OF
                                        )   UNITED STATES MAGISTRATE JUDGE
13   WARDEN,                            )
                                        )
14                      Respondent.     )
     _____ )
15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file,

17   and Report and Recommendation of the United States Magistrate Judge.  On March 19,

18   2015, Petitioner filed Objections to the Report and Recommendation.  For the most part,

19   Petitioner argues entirely new and different claims in his objections, *i.e*., that counsel

20   was ineffective for failing to interview or call any defense witnesses or, indeed,

21   introduce any evidence in defense of the charges; that counsel was ineffective for failing

22   to interview any prosecution witnesses; and that counsel was ineffective for failing to

23   prepare for trial or hire an expert witness.  Petitioner also argues a new claim that the

24   jury had been tainted during the voir dire process.  These new claims were not raised

25   before the California Supreme Court and, thus, are unexhausted.

26        The Court declines to address these new claims for three reasons.  First, an

27   objection to a Report and Recommendation is not the appropriate vehicle for raising a

28   new habeas claim.  *Cf. Cacoperdo v. Demosthenes*, 37 F.3d 504, 507 (9th Cir. 1994)

1    (declining to consider claim raised for first time in traverse).  Second, the claims are

2    unexhausted, and therefore this Court may not consider them.  *See* 28 U.S.C. §

3    2254(b)(1); *Rose v. Lundy*, 455 U.S. 509, 518–19, 102 S. Ct. 1198, 1203–04, 71 L. Ed.

4    2d 379 (1982).  Third, the new claims would be untimely if now added to the Petition.

5         Accordingly, having reviewed *de novo* those portions of the record to which

6    objections have been made, the Court accepts the findings of fact, conclusions of law,

7    and recommendations of the Magistrate Judge.

8         IT THEREFORE IS ORDERED that judgment be entered dismissing the Petition

9    on the merits with prejudice.

10

11   DATED: 3/30/15

12

13

14                                          PHILIP S. GUTIERREZ
                                            United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28